UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA CLUB,<br><br>      Plaintiff,<br><br>    v.<br><br>GINA MCCARTHY,<br><br>      Defendant. | Case No. 14-cv-03198-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 11-cv-05694 and related case 14-cv-05091.

**IT IS SO ORDERED.**

Dated: March 24, 2015

HAYWOOD S. GILLIAM, JR.
United States District Judge