UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB**,<br>　　　　Plaintiff,<br>　　v.<br>**GINA MCCARTHY**,<br>　　　　Defendant. | Case No.  14-cv-03198-YGR<br><br>**ORDER RE: STATUS OF PENDING CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 35 |

On March 24, 2015, the undersigned issued an order relating this case to the pending case of *Sierra Club et al. v. McCarthy*, CAND Case No. 14-cv-5091 YGR ("the '5091 case"), and this matter was reassigned. The Court's review of the cross-motions for summary judgment currently pending in the instant action indicates that the issues for decision in the instant matter are identical to those before the Court in the '5091 case.

By **April 17, 2015,** the parties are ordered to file briefs of no more than three pages stating their positions as to whether: (1) this action should be consolidated with the '5091 case; and (2) the order entered in the instant case should be identical to any order issued on the cross-motions for summary judgment in the '5091 case.

**IT IS SO ORDERED.**

Dated: April 9, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**