UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIERRA CLUB, ET AL.,**<br><br>   Plaintiff,<br><br>   v.<br><br>**GINA MCCARTHY,** in her official capacity as Administrator of the United States Environmental Protection Agency,<br><br>   Defendant. | **Case No.: 14-CV-05091-YGR**<br>**And Related Case No.: 14-CV-03198-YGR**<br><br>**ORDER CONSOLIDATING CASES** |

Based upon this Court's review of the above-numbered cases, and the parties' agreement that the two cases should be consolidated (Dkt. No. 48 at ¶ 1), the Court **ORDERS** that 14-cv-5091-YGR, *Sierra Club v. McCarthy,* and 14-cv-3198-YGR, *Sierra Club v. McCarthy*, are **CONSOLIDATED** for all purposes.

Case No. 14-cv-5091-YGR shall be the lead case number, and all further filings shall be in the lead case number only. Case number 14-cv-3198 shall be administratively closed.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**